UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-02651-MCS-SHK | Date | March 8, 2024 |
| Title | *Kokozian v. City of Lake Elsinore* | | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court dismissed Plaintiff Viken Kokozian's complaint but gave him leave to replead. (Order 5, ECF No. 23.) The Court required Plaintiff to file "a redline version showing any additions, deletions, and changes" made to any amended complaint. (*Id.* (citing Initial Standing Order § 10(a), ECF No. 12).) Plaintiff submitted an amended complaint without a redline.

The Court orders Plaintiff to show cause why sanctions, including imposing monetary sanctions, striking the amended complaint, and dismissing the case, should not be imposed for Plaintiff's failure to comply with the redline requirement. Plaintiff shall answer this order to show cause in writing within seven days. Failure to file a timely and satisfactory response will result in dismissal without further warning. Fed. R. Civ. P. 41(b). The lodging of a redline will discharge this order to show cause automatically.

**IT IS SO ORDERED.**