**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIKEN KOKOZIAN, | Case No. 5:23-cv-02651-MCS-SHK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LAKE ELSINORE, | |
| Defendant. | |

| | |
|---|---|
| 1 | Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendant City of Lake Elsinore and against Plaintiff Viken Kokozian. The case is dismissed without prejudice with respect to Plaintiff's moot claim under 42 U.S.C. § 1983 for violations of his Fifth Amendment rights, and with prejudice in all other respects. Plaintiff shall take nothing from this action. |

**IT IS SO ORDERED.**

Dated: April 17, 2024

*/s/ Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE